United States District Court
District of Connecticut
FILED AT NEW HAVEN

February 27        ,20 23

By   S. Santos
                    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT :   February 27, 2023

3:23-mj-155 (MEG)

COUNTY OF HARTFORD :   **FILED UNDER SEAL**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT AND SEARCH WARRANT

I, Garrett Fancher, a Task Force Officer with the Drug Enforcement Administration, having been duly sworn, state:

### INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 of the United States Code. I have been employed as a Police Officer with the Hartford (CT) Police Department since 2007. From February 2021 to the present, I have been assigned to the Drug Enforcement Administration ("DEA") Hartford Resident Office ("HRO") as a Task Force Officer ("TFO").

2. As a DEA Task Force Officer, I have participated in investigations concerning violations of federal narcotics laws. I have coordinated controlled purchases of illegal drugs utilizing confidential sources and cooperating witnesses. I have obtained/participated in the execution of search and arrest warrants pertaining to individuals involved in the distribution of controlled substances, conducted electronic surveillance and physical surveillance of individuals involved in the distribution of controlled substances, analyzed records documenting the purchase and sale of illegal drugs, spoken with informants and

subjects, as well as other local, state and Federal law enforcement officers, regarding the manner in which narcotics traffickers obtain, finance, store, manufacture, transport and distribute illegal drugs. I have received instruction relative to conducting drug investigations while attending in-service training at the Hartford, Connecticut Police Academy.  In addition, I also receive periodic in-service training relative to conducting drug investigations.

3. I submit this Affidavit in support of a criminal complaint and arrest warrant for Hindelbrando QUINONES, a.k.a. "Gordo," (date of birth December 22, 1974) for violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), (possession with intent to distribute, and distribution of, cocaine) ("TARGET OFFENSES").

4. I also submit this affidavit in support of an application for search and seizure warrants to search the following premises:

    a. **SUBJECT PREMISES 1**, 40-42 Standish Street, 3rd Floor Apartment, Hartford, Connecticut.  The target building is a three-story residential dwelling, with tan vinyl siding and white trim, with the numbers "40" and "42" affixed to either side of the of the front entrance.  The target apartment on located on the 3rd floor and the only apartment on this floor.  This location is more particularly described in Attachment A-1 along with Attachment B-1 describing the items to be seized.

    b. **SUBJECT PREMISES 2**, 40-42 Standish Street, basement, Hartford, Connecticut.  The target building is a three-story residential dwelling, with tan vinyl siding and white trim, with the numbers "40" and "42" affixed to either side of the of the front entrance.  The target location is below the living space

of the first floor and accessed by a door at the rear of the building.  This location is more particularly described in Attachment A-2 along with Attachment B describing the items to be seized.

c. **SUBJECT PREMISES 3**, 59-61 Sisson Avenue, Hartford, Connecticut.  59-61 Sisson Avenue in Hartford, CT is a red and blue house, with a yellow garage in the rear yard with "59" painted on the front of it in black lettering.

## PROBABLE CAUSE

### Intelligence Regarding the Illegal Drug Trafficking at 40-42 Standish St, Hartford, CT by Hindelbrando QUINONES

5. During the month of January 2022, Affiant Fancher and TFO Herrmann met with a confidential street source for the purposes of discussing the illegal drug trafficking activities occurring at 40-42 Standish Street, Hartford, CT.  On this date, the street source informed Affiant Fancher and TFO Herrmann that an older Hispanic male residing at this address was selling cocaine and crack cocaine from his apartment on the 3rd floor (the target apartment), and in possession of multiple firearms.  The street source stated that he/she did not have the ability to purchase drugs from the unknown Hispanic male, as the quantities that the target was regularly selling were typically too costly for him/her and would look suspicious.

6. Through various investigative efforts, a tentative identification of the unknown Hispanic male was established – Hindelbrando QUINONES (date of birth December 22, 1974).  A photograph of QUINONES was shown to the street source, who positively identified him as the person he/she knew to be selling cocaine and living at 40-42 Standish Street, 3rd Floor, Hartford, CT.

**Confidential Source Debrief Regarding Narcotics Activity at 40-42 Standish Street, Hartford, CT**

7.  Between the months of April and May of 2022, TFO Herrmann and Affiant Fancher met with a Hartford Police Department registered Confidential Source (hereafter referred to as "CS-1") for the purposes of intelligence gathering.  During the meeting, CS-1 stated the he/she knew of an individual living on the third floor of 40-42 Standish Street, Hartford, CT, distributing large quantities of cocaine and in possession of firearms.  CS-1 stated that on multiple occasions he/she has been at this address and observed an older Hispanic male, known to him/her as "Gordo," is possession of kilograms of cocaine and handguns.  CS-1 further stated that "Gordo" keeps the cocaine and firearms in his apartment on the third floor and in the basement of this address.  CS-1 additionally stated the he/she knew "Gordo" to rent a garage on Sisson Avenue behind a blue and red house in Hartford and regularly work on vehicles in the space.  CS-1 elaborated further that "Gordo" would keep quantities of cocaine at this location, in case the police raided his home.  CS-1 provided a telephone number for "Gordo" of 860-719-5869.

8.  This information corroborated the intelligence gathered previously in the ongoing investigation, and the older Hispanic male described by CS-1 matched the description of QUINONES, who had been positively identified by a confidential street source in January of 2022.  As such, a photograph of QUINONES was shown to CS-1 in an attempt to identify the older Hispanic male he/she knew as "Gordo" and actively distributing cocaine.  When doing so, CS-1 informed investigators that he/she was certain that the individual in the photograph (QUINONES), was who he/she knew as "Gordo" and to be selling cocaine from the target address.

**Confidential Source Debrief Regarding Narcotics Distribution of "Gordo" at 40-42 Standish Street, Hartford, CT**

9. During the week of February 12, 2023 – February 18, 2023, DEA-HRO personnel conducted an interview with a Hartford Police Department registered Confidential Source (hereafter referred to as CS-2) regarding the illegal drug distribution activities of "Gordo" at 40-42 Standish Street in Hartford, CT. During this interview, CS-2 informed investigators that an individual known to him/her as "Gordo" was the source of supply for cocaine to several street level drug traffickers in and around Hartford, CT. CS-2 further stated that he/she knew "Gordo" to keep quantities of cocaine and firearms in both the basement and third floor apartment of 40-42 Standish Street, Hartford, CT. CS-2 stated that "Gordo" has informed him/her in the past that he is the only person to have access to the basement and that it is always kept locked.

10. CS-2 additionally stated that in recent conversations with "Gordo" (less than approximately one month ago), "Gordo" stated to him/her that there were large quantities of cocaine "stashed" in the basement of this residence. To confirm the identity of "Gordo" a photograph of QUNIONES was shown to CS-2. When doing so, CS-2 confirmed that he/she knew the individual in the photograph to be "Gordo."

**Acquisition of Cocaine from a Controlled Narcotics Purchase during the Week of February 12, 2023 – February 18, 2023**

11. In the week of February 12 to February 18 of 2023, members of the DEA-HRO conducted an operation intending to utilize CS-2 to attempt a controlled purchase of cocaine from "Gordo" a.k.a. Hindelbrando QUINONES. CS-2 was provided DEA monetary funds and instructed to attempt to purchase an undisclosed amount of cocaine

from QUINONES.  CS-2 contacted QUINONES via telephone at number 860-719-5869 and made arrangements for the transaction. CS-2 was searched thoroughly prior to being furnished with the funds and was not found to be in possession of any illegal narcotics or currency.  Visual contact was maintained as CS-2 proceeded to the target address of 40-42 Standish Street, Hartford, CT.  Shortly after arriving in the area, surveillance units observed an individual, later positively identified as QUINONES, exit the doorway to the rear stairwell of the target address and meet with CS-2.  Investigators observed CS-2 exchange the provided funds for an undisclosed amount of suspect cocaine.  Surveillance units then observed CS-2 returned to the prearranged meeting location, where CS-2 turned over the purchased contraband to DEA personnel.  The drugs were later field tested and produced a positive reaction for the presence of cocaine.

12. In the post-buy interview, CS-2 stated that when accessing the doorway to the common rear stairwell of 40-42 Standish Street, he/she observed QUINONES walking from the basement area to greet him/her and complete the drug transaction.

**Servicing and Results of Administrative Subpoena for Telephone Number Associated to Hindelbrando QUINONES**

13. During the month of February 2023, an administrative subpoena was served to service provider T-Mobile for the telephone number 860-719-5869.  The results of the subpoena listed the subscriber as a Hindelbrando QUINONES.

**Servicing and Results of an Administrative Subpoena for Eversource Account associated to 40 Standish Street, 3rd Floor, Hartford, CT**

14. During the month of February 2023, an administrative subpoena was served to utilities provider Eversource for 40 Standish Street, 3rd Floor, Hartford, CT 06114.  The results of

the subpoena listed the name on the account as Suleika GARCIA of 40 Standish Street, FL 3, Hartford, CT 06114 2643.

**Hartford, CT Police Department In-House records identifying the relationship between Hindelbrando QUINONES and Suleika GARCIA**

15. A query of the Hartford, CT Police Department In-House records revealed that there was a documented incident in February of 2020 involving Hindelbrando QUINONES and Suleika GARCIA. In the case incident report, the Officer documented responding to the address of 42 Standish Street, 3rd Floor, to investigate a report of individuals distributing drugs to minors from inside of the residence. Upon arrival, the Officer identified and interviewed Suleika GARCIA and multiple other individuals residing in the home. The Officer further contacted the complainant of the incident, who informed police that she and her husband were inside of the 3rd floor apartment of 42 Standish Street while having their vehicle repaired by an individual known as "Jerry." That while in the apartment, the complainant observed a silver firearm in the living room within close proximity to a young child, and later observed an individual known as Hindel Brando QUINONES, who goes by the nickname "Gordo," sell drugs to two teenage males. At the conclusion of this investigation, probable cause was not establish to make any arrests and the incident was documented only.

16. The In-House query additionally revealed a second incident with QUINONES and GARCIA, both involved in a motor vehicle accident in October of 2018. In the report, QUINONES and GARCIA were the only two occupants in one of the two vehicles involved in the accident and each provided the same address of residence, which at the time was 119 Irving Street, Hartford, CT.

**Acquisition of Cocaine from a Controlled Narcotics Purchase during the Week of February 19, 2023 – February 25, 2023**

17. In the week of February 19 to February 25 of 2023, members of the DEA-HRO met with CS-2 to attempt a second controlled drug purchase from Hindelbrando QUINONES. CS-2 was instructed to make contact with QUINONES via telephone at 860-719-5869 and arrange the purchase of an undisclosed amount of cocaine. CS-2 was successful in doing so and directed to 40-42 Standish Street in Hartford to complete the transaction. CS-2 was searched thoroughly prior to being furnished with DEA investigative funds and was not found to be in possession of any illegal narcotics or currency. Visual contact was maintained as CS-2 proceeded from a neutral location to the target address of 40-42 Standish Street, Hartford, CT. Upon arrival, surveillance units observed CS-2 enter the residence. Several minutes later, CS-2 reemerged from the residence and traveled directly back to the post-buy debrief location.

18. Investigators met with CS-2, at which time CS-2 turned over an undisclosed amount of suspected cocaine. The substance was later field tested and produced a positive reaction for the presence of cocaine. CS-2 stated the he/she met with QUINONES inside of the target apartment on the third floor of 40-42 Standish Street in Hartford, where he/she turned over the DEA investigative funds to QUINONES in exchange for the suspected cocaine.

**Intelligence Regarding a Potential "Stash" Location being Utilized by Hindelbrando QUINONES**

19. During the weeks of February 26th to March 4th of 2023, Affiant Fancher was contacted by CS-2 regarding a potential "stash" location being utilized at 59-61 Sisson Avenue in Hartford, CT. CS-2 stated that he/she was in contact with QUINONES during this time period, and that QUINONES informed him/her that he had some "product" (suspected

cocaine) at his residence and also a large quantity at his "stash." CS-2 stated that he/she knew of the "stash" that QUINONES was referring to, a yellow garage in the rear of 59-61 Sisson Avenue in Hartford, CT. CS-2 stated that QUINONES rented the garage and that none of the residents living at this address had access to it. CS-2 further stated that QUINONES additionally divulged that he recently sold a firearm while at the "stash" location and that he keeps a majority of his cocaine there.

20. During a series of surveillance operations throughout this investigation, investigators have confirmed that 59-61 Sisson Avenue in Hartford, CT is a red and blue house, with a yellow garage in the rear yard with "59" painted on the front of it in black lettering. These observations corroborate the independent descriptions given by both CS-1 and CS-2 of the "stash" location being utilized by QUINONES.

21. As such, the intelligence gathered during this investigation has identified the location (garage space) associated to Hindelbrando QUINONES as 59-61 Sisson Avenue, Hartford, CT. The information provided by two independent registered confidential sources is that QUINONES actively rents the bays inside of the yellow garage in the rear of this address, and uses the space to not only work on vehicles, but hide quantities of cocaine and conduct other illegal activities.

## GENERAL INFORMATION REGARDING DRUG TRAFFICKING

22. During my tenure as a law enforcement officer, I have investigated and participated in operations which involved, in part, drug trafficking violations and the flow of the illegal proceeds obtained from drug trafficking and related offenses. Search warrants relating to these investigations have covered, among other locations, residences, vehicles,

businesses, stash locations and distribution locations used by drug traffickers and their co-conspirators.

23. Materials searched for and recovered in these locations have included, among other evidence, the following: controlled substances; drug paraphernalia, such as scales, processing materials and packaging materials; books and records reflecting drug sales, the transfer or transportation of drugs and amounts of monies owed for drugs; records reflecting the names, addresses and telephone numbers of co-conspirators; sales receipts and other records reflecting the expenditure of monies that are proceeds from unlawful drug distribution; currency and money wrappers; records of bank transactions made to conceal and launder drug trafficking proceeds; cellular telephones; computers, computer disks and answering machines; and various valuable assets such as real property and automobiles that were purchased with the proceeds of unlawful drug trafficking.  These items obtained during the executions of said search warrants, have constituted evidence of drug violations, the acquisitions of assets with drug trafficking proceeds, and the use of the assets to facilitate drug trafficking violations.

24. Based on my training, experience and participation in this and other drug trafficking investigations, I know that:

a.      drug traffickers often place assets in the names other than their own to avoid detection of these assets by law enforcement;

b.      drug traffickers often place assets in the names of businesses and corporate entities as nominee tittle holders in order to avoid detection of these assets by law enforcement;

c.      even though these assets are placed in the names of other persons or entities, the drug traffickers actually own and continue to use these assets and exercise dominion and control over them;

d.      drug traffickers must maintain and have quick access to large amounts of United States currency, foreign currency, or other liquid assets in order to maintain and finance their ongoing drug business; these materials, as well as records, generally described below, are often kept and maintained within premises controlled or used by the drug traffickers within safes or lock boxes;

e.      drug traffickers maintain in their residences computerized or written books, records, receipts, diaries, ledgers, calendars, personal telephone/address books, airline tickets, airline schedules and airline receipts, cashiers checks, money orders, telephones with memory capabilities, telephone answering machines and telephone answering tapes, and other papers relating to the transportation, ordering, sale and distribution, of controlled substances and the outstanding debts and collections from controlled substances that have been distributed; these materials are often maintained within the electronic memory of personal computers, I-Pads or other computerized tablets, external hard drives, memory cards and "thumb drives" kept and maintained at premises under the control of the drug traffickers;

f.      drug traffickers commonly provide narcotics on consignment sale to their customers, who subsequently pay for the drugs after reselling the drugs. Therefore the above mentioned books, computerized records, records, receipts, notes, ledgers, et cetera, will be secured by the drug traffickers within their

residences for their ready access to them for the purpose of determining drug debts and collecting monies derived from the sale of drugs;

g.    drug traffickers commonly conceal contraband, proceeds of drug transactions, records of these transactions, and records reflecting names, nicknames, addresses and telephone and beeper numbers of drug associates within their residences, for ready access and to conceal them from law enforcement agencies;

h.    drug traffickers commonly maintain records reflecting names, nicknames, addresses, and telephone numbers of both their current and past drug associates;

i.    drug traffickers who are aware of an ongoing criminal investigation will often destroy an existing format of records reflecting their drug transactions.  However, it is common for drug traffickers, particularly traffickers who provide or receive drugs on a consignment basis, to create another type of drug record to assist the trafficker in the collection of drug debts;

j.    drug traffickers commonly use their homes to store records and/or receipts reflecting the collection of drug debts and the distribution of controlled substances, as well as records and receipts reflecting the expenditure of drug proceeds for personal and business assets;

k.    drug traffickers will commonly conceal within their residences or within the curtilage of their residences, quantities of narcotics, large amounts of currency, firearms, financial instruments, jewelry, electronic equipment and other items of value and proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting, and spending large sums of money derived from drug trafficking;

l.    drug traffickers will attempt to legitimize the profits from illegal drug transactions by using domestic banks and their attendant services such as safe deposit boxes, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate and business fronts;

m.    persons involved in drug trafficking who are aware of a criminal investigation into their financial drug activities, will conceal, liquidate, and transfer easily movable drug derived assets in order to prevent law enforcement agencies from seizing and forfeiting their assets;

n.    drug traffickers often have photographs, slides, or video movies of themselves, their co-conspirators and the property and assets purchased with drug proceeds. These photographs and video movies are normally in the drug traffickers possession or residence;

o.    The State of Connecticut is generally viewed as a consumer state in regards to narcotic activity.  However, it is common for drug traffickers to travel to other states that are considered major distribution centers to purchase their narcotics for distribution.  It is known that after purchasing these narcotics, drug traffickers will transport these narcotics or cause them to be transported to those areas in which they will be distributed to their customers.  It is known that drug traffickers' methods include, but are not limited to:  commercial airlines, private motor vehicles, tractor trailer units, public transportation, and motor vehicles with concealed compartments, and government and contract mail carriers.  It is known that the residences of drug traffickers will often contain records of drug related

travel.  These records may include airline ticket receipts, credit card receipts, rental car receipts and luggage tags reflecting points of travel;

p.    based on my training and experience, drug traffickers commonly have firearms and other weapons in their possession, in their cars, on their person, at their residence including, but not limited to handguns, rifles, shotguns, automatic weapons, and knives.  These firearms and weapons are most often kept to protect and secure drug traffickers' property;

q.    based on my training, experience and participation in this and other drug trafficking investigations, I know that it is generally a common practice for drug traffickers to store their drug inventory and drug related paraphernalia in their residences, cars or those of trusted associates.  This paraphernalia frequently includes scales, funnels, sifters, grinders, plastic bags, heat sealing devices, and dilutant;

r.    based on my training and experience, drug dealers often create secret locations, commonly called "traps," in their automobiles.  Often, drug dealers will use these automobiles to store narcotics, weapons, money and other items and documents related to their drug trade; and

s.    based on my training, experience and participation in this and other drug trafficking investigations, I know that drug traffickers often possess, maintain and control other items related to their drug trafficking activities, as described in Attachment A to this affidavit, in their cars, homes, garages and out-buildings, and in safes or lock boxes maintained at such locations.

## CONCLUSION

25. On the basis of the foregoing information, there is probable cause to believe, and I do believe, that Hindelbrando QUINONES, a.k.a. "Gordo" has committed the violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1) (possession with intent to distribute, and distribution of, cocaine).  Accordingly, I request the issuance of a criminal complaint and arrest warrant.

26. Based upon the foregoing, there is probable cause to believe, and I do believe, that a search of the Subject Premises, described in Attachments A-1 and A-2, for the things described in Attachment B, will provide evidence of the Target Offenses.  I therefore respectfully request that the proposed search warrant be issued.

27. Because this is an application that pertains to an ongoing criminal investigation, and

because disclosure of the information contained herein as well as disclosure of the

warrants and complaints being requested herein may compromise the investigation and

increase the risk of harm for the law enforcement officers responsible for conducting the

arrests and searches, I request that the warrants, applications, complaints and this

affidavit be ordered sealed by the Court, for a period of 6 months, up to and including

August 27, 2023, or until further order of the Court.

TFO Garrett
Fancher

Digitally signed by TFO Garrett
Fancher
Date: 2023.02.27 10:38:49
-05'00'

Garrett Fancher
Task Force Officer
Drug Enforcement Administration

The truth of the foregoing affidavit has been attested to me by DEA Task Force Officer Garrett

Fancher over the telephone on this ____ day of February 2023, at Hartford, Connecticut.

HON. MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A-1

### PLACE TO BE SEARCHED

**40-42 Standish Street, 3rd Floor, Hartford, CT**

40-42 Standish Street, Floor 3, Hartford, Connecticut, is part of a three story multi-residential apartment building positioned on the north side of Standish Street, between Wethersfield Avenue and Franklin Avenue. The structure is tan in color, with vinyl siding and white trim, and is identifiable by the numbers "40" and "42" affixed to either side of the front entryway.

There are common entrances that lead to the apartments at the south (front) and north (rear) sides of the building. The target apartment is located on the 3rd floor of the building and the lone apartment on that floor. The rear door is brown/red in color with no other visible markings identifying the apartment.



**ATTACHMENT B-1**

**DESCRIPTION OF ITEMS TO BE SEIZED**

**40-42 Standish Street, 3rd Floor, Hartford, CT**

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use of which is or has been used as the means of committing a criminal offense, namely, violations of Title 21, United States Code §§ 841(a)(1) and 841 (b)(1)(C) (Possession with Intent to Distribute and Distribution of a Controlled Substance) including:

     a.  Cocaine, residue of cocaine; and any other controlled substances or items appearing to be controlled substances;

     b.  Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, including but not limited to scales, funnels, sifters, grinders, glass panes, mirrors, razor blades, plastic bags, heat sealing devices, and diluents such as mannitol, mannite, vitamin B-12, inositol, etc.;

     c.  books, records, receipts, notes, ledgers, lease agreements and other papers and documentation establishing the residence of 40-42 Standish Street, Floor 3, Hartford, CT 06114.

     d.  telephone with phone number 860-719-5869;

     e.  currency related to the sale of illegal narcotics;

     f.  books, records, receipts, notes, ledgers, and other papers and documentation relating to the communication, orders and processing, storage, transportation,

payment, acquisition and/or distribution of firearms, firearms parts, and/or tools and equipment used in the manufacture of firearms;

g.   books, records, receipts, notes, ledgers, and other papers and documentation relating to the communication, orders and processing, storage, transportation, payment, acquisition and/or distribution of narcotics;

h.   records of firearms transactions; the evidence of financial transactions relating to obtaining, transferring, secreting or spending of sums of money made from engaging in firearms or narcotics trafficking activities;

i.   Firearms, ammunition, magazines, holsters, gun storage boxes or safes, firearm cleaning kits, or documentation showing possession or use of a firearm (e.g., manuals, receipts);

j.   cellular telephones, mobile telephone bills and address books and any other records or document reflecting the telephone numbers.

k.   addresses or telephone numbers in books, papers, cellular telephones, tablets or computers, and their electronically stored contents, which reflect names, addresses, telephone numbers of and communications to or from their associates and/or clients in firearms trafficking activity and/or narcotics distribution, suppliers of firearms, firearms parts and/or tools and equipment used in the manufacture of firearms; photographs and videotapes of participants and associates in narcotics distribution activities.

l.   safes and other secure storage containers and their contents;

m. identification documents; and

n.  keys evidencing a possessory interest in premises, vehicles and storage containers.

**ATTACHMENT A-2**

**PLACE TO BE SEARCHED**

**40-42 Standish Street, Basement, Hartford, CT**

40-42 Standish Street, Basement, Hartford, Connecticut, is part of a three story multi-residential apartment building positioned on the north side of Standish Street, between Wethersfield Avenue and Franklin Avenue. The structure is tan in color, with vinyl siding and white trim, and is identifiable by the numbers "40" and "42" affixed to either side of the front entryway.

There is one known entrance to the basement, at the rear (north) side of the building, from inside of the enclosed common stairwell. The access door to the basement is kept locked at all times.

**ATTACHMENT B-2**

**DESCRIPTION OF ITEMS TO BE SEIZED**

**40-42 Standish Street, Basement, Hartford, CT**

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use of which is or has been used as the means of committing a criminal offense, namely, violations of Title 21, United States Code §§ 841(a)(1) and 841 (b)(1)(C) (Possession with Intent to Distribute and Distribution of a Controlled Substance) including:

a.   Cocaine, residue of cocaine; and any other controlled substances or items appearing to be controlled substances;

b.   Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, including but not limited to scales, funnels, sifters, grinders, glass panes, mirrors, razor blades, plastic bags, heat sealing devices, and diluents such as mannitol, mannite, vitamin B-12, inositol, etc.;

c.   books, records, receipts, notes, ledgers, lease agreements and other papers and documentation establishing the residence of 40-42 Standish Street, Floor 3, Hartford, CT 06114.

d.   telephone with phone number 860-719-5869;

e.   currency related to the sale of illegal narcotics;

f.   books, records, receipts, notes, ledgers, and other papers and documentation relating to the communication, orders and processing, storage, transportation,

payment, acquisition and/or distribution of firearms, firearms parts, and/or tools and equipment used in the manufacture of firearms;

g.   books, records, receipts, notes, ledgers, and other papers and documentation relating to the communication, orders and processing, storage, transportation, payment, acquisition and/or distribution of narcotics;

h.   records of firearms transactions; the evidence of financial transactions relating to obtaining, transferring, secreting or spending of sums of money made from engaging in firearms or narcotics trafficking activities;

i.   Firearms, ammunition, magazines, holsters, gun storage boxes or safes, firearm cleaning kits, or documentation showing possession or use of a firearm (e.g., manuals, receipts);

j.   cellular telephones, mobile telephone bills and address books and any other records or document reflecting the telephone numbers.

k.   addresses or telephone numbers in books, papers, cellular telephones, tablets or computers, and their electronically stored contents, which reflect names, addresses, telephone numbers of and communications to or from their associates and/or clients in firearms trafficking activity and/or narcotics distribution, suppliers of firearms, firearms parts and/or tools and equipment used in the manufacture of firearms; photographs and videotapes of participants and associates in narcotics distribution activities.

l.   safes and other secure storage containers and their contents;

m.  identification documents; and

n.   keys evidencing a possessory interest in premises, vehicles and storage containers.

## ATTACHMENT A-3

## PLACE TO BE SEARCHED

### 59-61 Sisson Avenue, Garage, Hartford, Connecticut

59-61 Sisson Avenue, Garage, Hartford, Connecticut.  59-61 Sisson Avenue in Hartford, CT is a red and blue house, with a yellow garage in the rear yard with "59" painted on the front of it in black lettering.



## ATTACHMENT B-3

### DESCRIPTION OF ITEMS TO BE SEIZED

**59-61 Sisson Avenue, Garage, Hartford, Connecticut**

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use of which is or has been used as the means of committing a criminal offense, namely, violations of Title 21, United States Code §§ 841(a)(1) and 841 (b)(1)(C) (Possession with Intent to Distribute and Distribution of a Controlled Substance) including:

a.  Cocaine, residue of cocaine; and any other controlled substances or items appearing to be controlled substances;

b.  Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, including but not limited to scales, funnels, sifters, grinders, glass panes, mirrors, razor blades, plastic bags, heat sealing devices, and diluents such as mannitol, mannite, vitamin B-12, inositol, etc.;

c.  books, records, receipts, notes, ledgers, lease agreements and other papers and documentation establishing the residence of 40-42 Standish Street, Floor 3, Hartford, CT 06114.

d.  telephone with phone number 860-719-5869;

e.  currency related to the sale of illegal narcotics;

f.  books, records, receipts, notes, ledgers, and other papers and documentation relating to the communication, orders and processing, storage, transportation,

payment, acquisition and/or distribution of firearms, firearms parts, and/or tools and equipment used in the manufacture of firearms;

g.   books, records, receipts, notes, ledgers, and other papers and documentation relating to the communication, orders and processing, storage, transportation, payment, acquisition and/or distribution of narcotics;

h.   records of firearms transactions; the evidence of financial transactions relating to obtaining, transferring, secreting or spending of sums of money made from engaging in firearms or narcotics trafficking activities;

i.   Firearms, ammunition, magazines, holsters, gun storage boxes or safes, firearm cleaning kits, or documentation showing possession or use of a firearm (e.g., manuals, receipts);

j.   cellular telephones, mobile telephone bills and address books and any other records or document reflecting the telephone numbers.

k.   addresses or telephone numbers in books, papers, cellular telephones, tablets or computers, and their electronically stored contents, which reflect names, addresses, telephone numbers of and communications to or from their associates and/or clients in firearms trafficking activity and/or narcotics distribution, suppliers of firearms, firearms parts and/or tools and equipment used in the manufacture of firearms; photographs and videotapes of participants and associates in narcotics distribution activities.

l.   safes and other secure storage containers and their contents;

m.   identification documents; and

n.  keys evidencing a possessory interest in premises, vehicles and storage

containers.